IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a foreign corporation,<br><br>              Plaintiff,<br><br>v.<br><br>(1) BEYL-DAVENPORT HOUSE MOVING, INC., an Oklahoma corporation, and<br>(2) DENNIS BEYL, an individual.<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 5:18-cv-00269-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO STAY UNEXPIRED SCHEDULING ORDER
DEADLINES PENDING RULING ON DISPOSITIVE MOTION**

Plaintiff The Travelers Home & Marine Insurance Company and Defendants Beyl-Davenport House Moving, Inc. and Dennis Beyl (collectively "the Parties"), pursuant to the Court's Scheduling Order, respectfully request the Court stay all unexpired Scheduling Order deadlines pending a ruling on Plaintiff's Motion for Summary Judgment [Doc. 12]. In support of their Motion, the Parties provide the following:

1. Plaintiff filed this declaratory judgment action March 23, 2018 [Doc. 1].

2. On July 6, 2018, the Court entered a Scheduling Order [Doc. 10]. As of this date, the following deadlines remain:

| | |
|---|---|
| 01/14/2019 | Designation of deposition testimony, motions in limine, voir dire, trial briefs, jury instructions, proposed findings of fact and conclusions of law, Final Pretrial Report |
| 01/21/2019 | Objections to deposition designations and counter-designations |

03/12/2019    Trial docket

See Scheduling Order [Doc. 10].

3. On December 10, 2018, Defendant filed a Motion for Summary Judgment [Doc. 12]. Defendant's Motion is fully briefed and ripe for ruling.

4. According to the Court's Scheduling Order:

**If dispositive motions are filed, the trial setting will change. The parties may also move to stay unexpired scheduling order deadlines pending the Court's ruling on dispositive motions. Absent such a motion, all deadline will remain in full force and effect.

See Scheduling Order [Doc. 10], ¶ 7.

5. Pursuant to this directive, the Parties respectfully request the Court stay all unexpired scheduling order deadlines pending a ruling on Plaintiff's Motion for Summary Judgment.

6. A copy of a Proposed Order will be emailed to the Court pursuant to the Local Rules.

Respectfully Submitted,

s/Melanie K. Dittrich
Derrick T. DeWitt, OBA #18044
Melanie K. Dittrich, OBA #30846
DeWITT PARUOLO & MEEK, PLLC
P.O. Box 138800
Oklahoma City, OK 73113
Telephone:   (405) 705-3600
Facsimile:   (405) 705-2573
dewitt@46legal.com
mdittrich@46legal.com
*Attorneys for Plaintiff*

and

s/Scott R. Jackson (with permission)
Scott R. Jackson, OBA #17502
Martin Jean & Jackson
1324 E. Grand Ave.
Ponca City, OK 74601
Telephone:   580-765-9967
sjackson@mjjlawfirm.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Scott R. Jackson
*Attorney for Defendants*

s/Melanie K. Dittrich